IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ISAAC BORDERS, | : |
| Plaintiff, | : |
| VS. | : |
| | : NO. 4:17-CV-00159-CDL-MSH |
| JUDGE MAUREEN GOTTFRIED, | : |
| Defendant. | : |

## ORDER

Presently pending before the Court is a motion seeking reconsideration of the Court's April 5, 2018 order denying Plaintiff's "Motion for a De Novo Hearing" (ECF No. 13). As was previously explained to Plaintiff, the Court liberally construed Plaintiff's "Motion for a De Novo Hearing" as a motion for reconsideration of the Court's January 18, 2018 order dismissing Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and § 1915(e). This Court's local rules prohibit Plaintiff from filing a motion "to reconsider the court's denial or grant of a prior motion for reconsideration." M.D. Ga. Local R. 7.6. Accordingly, Plaintiff's presently-pending motion for reconsideration (ECF No. 13) is **DENIED.** *See Warning v. Bank of N.Y. Mellon*, 562 F. App'x 858, 858-59 (11th Cir. 2014) (per curiam) (affirming district court's denial of second motion for reconsideration where "clearly worded local rule" prohibited filing of such motion).

**SO ORDERED** this **27th** day of **December, 2018**.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA